September 12, 1979.

422 A.2d 1166

Commonwealth v. Gaydos, Appellant.

Submitted April 12, 1979. Lester G. Nauhaus, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order and judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.

422 A.2d 1166

Commonwealth v. McCall, Appellant.

Submitted October 26, 1978. James H. Stratton, Jr., Assistant Public Defender, for appellant; Gerard Long, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.